1  Reuben D. Nathan, Esq. (SBN 208436)
   Ross C. Cornell, Esq. (SBN 210413)
2  AZIMY & NATHAN, LLP
3  18500 Von Karman Ave., Suite 500
   Irvine, California 92612
4  Phone:  (949) 486-1888
   Fax:     (949) 486-1889
5  Email: r.n@azimynathan.com
           e.a@azimynathan.com
6
7  Attorneys of Record for Plaintiff,
   JOE BABAKANIAN

# JS-6

8

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  JOE BABAKANIAN, | Case No.: SACV07-682 DOC (ANx) |
| 14                    Plaintiff, | |
| 15 | **ORDER OF STIPULATION OF** |
| 16                    v. | **DISMISSAL** |
| 17 | |
| 18  KATIA KENNY-HEINZEN and Does 1 through 10, inclusive. | |
| 19 | |
| 20 | |
| 21                    Defendants. | **F.R.Civ.P. 41(a)(1)** |

22

23

24

25

26

27

28

- 1 -

**ORDER OF STIPULATION OF DISMISSAL**

1

2

### ORDER

3

Pursuant to the stipulation of the parties,

4

**IT IS ORDERED** that the above-captioned matter is dismissed as to all

5

6

claims and all defendants, with prejudice.

7

8

9

Dated:  August 12, 2008

_____

10

United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF STIPULATION OF DISMISSAL**